BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ZAYAS, INC.,<br><br>Defendant. | No. 4:13-cv-02137-DMR<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

**TO:   THE CLERK OF THE COURT AND DEFENDANT ZAYAS, INC.:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference, currently scheduled for November 6, 2013 at 1:30 p.m., be continued for sixty days to allow the Parties to fully resolve this matter, or, alternatively, to allow Plaintiffs to prepare and file a motion for default judgment.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1  Defendant failed to appear or otherwise respond to the Complaint that was served on
2  them.  The Complaint was served on Defendant on or around May 28, 2013, for which a proof of
3  service was filed before this Court with the Summons on June 10, 2013.  Default was entered on
4  July 2, 2013.

5  However, Defendant has made partial payments of the amounts owed, and is in contact
6  with Plaintiffs. Plaintiffs are optimistic that, with additional time, the Parties may be able to fully
7  resolve this matter without the need for further proceedings. If the matter cannot be resolved,
8  however, Plaintiffs will prepare and file a motion for default judgment.

9  Given these facts, Plaintiffs request that the Case Management Conference be continued
10 for sixty days in order to allow the Parties to attempt to resolve this matter, or to allow Plaintiffs
11 to prepare and file a motion for Default Judgment.

12 The above stated facts are set forth in the accompanying Declaration of Daniel S. Brome
13 in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated:  November 1, 2013                    WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation


                                            */s/ Daniel S. Brome*
                                        By: DANIEL S. BROME
                                            Attorneys for Plaintiffs


### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference ~~for 60 days, or as soon thereafter as a court date is available.  In addition, the Court orders:~~ to January 8, 2014, at 1:30 p.m.

Dated:  November 4, 2013
                                            _____
                                            HONORABLE DONNA M. RYU
                                            United States Magistrate Judge

134066/728034

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER -- CASE NO. 4:13-CV-02137-DMR